**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 10-CV-787 (PAM/JJK)**

| | |
|---|---|
| Connie L. Lensegrav,<br><br>Plaintiff,<br><br>vs.<br><br>RGS Financial, Inc.,<br><br>Defendant. | **ORDER** |

Based upon the Plaintiff's Notice of Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant, are hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: April 20, 2010            s/Paul A. Magnuson
                                 Paul Magnuson, Judge
                                 United States District Court